**Order entered October 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00588-CR

**JAYONA E. JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75712-S**

## ORDER

On September 28, 2018, we granted the motion of Dianne Jones McVay to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant in the appeal. We have received the trial court's order appointing Allan Fishburn as appellant's new attorney. We **DIRECT** the Clerk to add Allan Fishburn as appellant's appointed attorney of record.

We **ORDER** appellant to file her brief by **November 9, 2018**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE